In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00562-CV

_____

**MARCELINO RODRIGUEZ, DONNA JEAN FORGAS AND LINDA
MARIE WILTZ GILMORE, Appellants**

**V.**

**BEAUMONT INDEPENDENT SCHOOL DISTRICT, WOODROW REECE,
TERRY D. WILLIAMS, JANICE BRASSARD, GWEN AMBRES AND
ZENOBIA RANDALL BUSH IN THEIR RESPECTIVE OFFICIAL
CAPACITY AS TRUSTEES OF DEFENDANT BEAUMONT
INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-194,295**

**ORDER**

On December 9, 2013, the trial court denied the plea to the jurisdiction and

special exceptions of Marcelino Rodriguez, Donna Jean Forgas and Linda Marie

Wiltz Gilmore to the counterclaim filed by Beaumont Independent School District,

Woodrow Reece, Terry D. Williams, Janice Brassard, Gwen Ambres and Zenobia

1

Randall Bush in their Respective Official Capacity as Trustees of Defendant Beaumont Independent School District. The trial court granted permission to appeal. *See* Tex. R. App. P. 28.3. The parties dispute whether the trial court has ruled on a controlling issue of law in the case that an immediate appeal of the order would materially advance the ultimate termination of the litigation. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (d) (West Supp. 2013).

After reviewing the petition requesting permission to appeal and the response to the petition, we deny the petition for permission to appeal. The appeal will be dismissed on January 23, 2014.

ORDER ENTERED January 9, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2